IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOSE LUIS AREVALO | : | MISCELLANEOUS |
| | : | |
| vs. | : | |
| | : | |
| UNITED STATES OF AMERICA | : | NO. 05-110 |

**O R D E R**

**AND NOW**, this 8th day of February, 2011, upon consideration of Defendant, United States of America's, Motion for Summary Judgment (Doc. No. 83), Plaintiff, Jose Luis Arevalo's Response, and the replies thereto, it is hereby **ORDERED** that said Motion is **GRANTED.** It is **FURTHER ORDERED** that Plaintiff's Motion for Summary Judgment (Doc. No. 91) is **DENIED**.

BY THE COURT:

/s/ Robert F. Kelly
ROBERT F. KELLY
SENIOR JUDGE